THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jonathan Kyle Binney,       
Appellant.
 
 
 

Appeal From Spartanburg County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2003-UP-239
Submitted January 29, 2003  Filed April 
 1, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: Jonathan Binney appeals his 
 conviction for criminal sexual conduct in the first degree, arguing the trial 
 judge erred by refusing to give a curative instruction or grant a mistrial after 
 the solicitor made an alleged improper remark during closing arguments. After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Binneys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.